1
2
3
4               UNITED STATES DISTRICT COURT
5              EASTERN DISTRICT OF WASHIGNTON
6
7
8   TAMMY JO WRATH-SMITH,           No. CV-12-472 -CI
9              Plaintiff,            JUDGMENT
         v.
10  CAROLYN W. COLVIN, Acting
11  Commissioner of Social Security,
12
              Defendant.
13
14  **DECISION BY THE COURT:**
15
16     This action came to hearing before the Court.  The issues have been heard
17  and a decision has been rendered.
18
19     **IT IS ORDERED AND ADJUDGED** that:
20     Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion
21  for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for
22  Defendant.
23     DATED:  October 15, 2013
24
25                              SEAN McAVOY
                                District Court Executive/Clerk
26
27                              s/ L. Stejskal
                                Deputy Clerk
28