UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| TAMMY JO WRATH-SMITH,<br><br>Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. CV-12-472 -JTR<br><br>AMENDED JUDGMENT |

**THE AMENDED JUDGMENT CORRECTS THE CASE NUMBER ON THE ORIGINAL JUDGMENT:** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: October 16, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk